**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN L. BOGAN, <br><br> Defendant. | NO. CR04-520-RSL <br><br><br> SUMMARY REPORT OF <br> U.S. MAGISTRATE JUDGE AS <br> TO ALLEGED VIOLATIONS <br> OF SUPERVISED RELEASE |

   An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 1, 2010.  The United States was represented by Assistant United States Attorney Andrew C. Friedman, and the defendant by Michael Filipovic.

   The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).  On or about April 1, 2005, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 41 months in custody, to be followed by 3 years of supervised release.

   The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1  mental health programs, $197 restitution, search, and 180 days location monitoring with home
2  confinement.
3      In a Petition for Warrant or Summons, dated March 26, 2010, U.S. Probation Officer
4  Michael S. Larsen asserted the following violations by defendant of the conditions of his
5  supervised release:

6      (1)    Using Marijuana, on or before March 15, 2010, in violation of standard
7          condition number 7.

8      The defendant was advised of his rights and admitted alleged violation 1.
9      I therefore recommend that the Court find the defendant to have violated the terms and
10 conditions of his supervised release as to violation 1, and that the Court conduct a hearing
11 limited to disposition.  A disposition hearing on this violation has been set before the
12 Honorable Robert S. Lasnik on April 15, 2010 at 8:30 a.m.
13     Pending a final determination by the Court, the defendant has been released, subject to
14 supervision.
15     DATED this 1st day of April, 2010.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:       Honorable Robert S. Lasnik
      AUSA:              Andrew C. Friedman
      Defendant's attorney:  Michael Filipovic
      Probation officer:    Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2